751 A.2d 181

**Stephen CROOKS, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

**No. 19 M.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

May 18, 2000.

***ORDER***

PER CURIAM:

**AND NOW**, this 18th day of May, 2000, probable jurisdiction is herewith noted and the order appealed is affirmed.

751 A.2d 181

**Curtis X. THOMAS, Appellant,**

v.

**Martin HORN, Secretary, Department of Corrections, Appellee.**

**No. 22 M.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

May 18, 2000.

***ORDER***

PER CURIAM:

**AND NOW**, this 18th day of May, 2000, probable jurisdiction is herewith noted and the order of Commonwealth Court is affirmed.